People of the State of Illinois, Plaintiff-Appellee, v. Willie Kennedy (Impleaded), Defendant-Appellant.

Gen. No. 51,887. (Abstract of Decision.)

First District, Third Division.

September 12, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Norman W. Fishman and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James Kavanaugh, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.